

CLERK'S OFFICE U.S. DISTRICT COURT
AT CHARLOTTESVILLE, VA
FILED

FEB 26 2025

LAURA A. AUSTIN, CLERK
BY: S. Mu
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

USDC SC: 6:25cr937

UNITED STATES OF AMERICA )
)
)
) Criminal No. 7:25CR02
v. )
) All in Violation of:
DAQUANTAS EMMANUEL HOWARD )
)
and ) 21 U.S.C. §§ 841(a)(1), 846
)
YMAHNI JALEEL HICKINSON )
)

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE
*Conspiracy to Possess with Intent to Distribute and to Distribute Fentanyl*
*(21 U.S.C. §§ 846 and 841)*

1. Beginning not later than 2021, and continuing until on or about April 15, 2021 in the Western District of Virginia, and elsewhere, the defendants, DAQUANTAS EMMANUEL HOWARD and YMAHNI JALEEL HICKINSON, did knowingly and intentionally combine, conspire, confederate and agree with each other and other persons, both known and unknown to the Grand Jury, to possess with intent to distribute and to distribute a mixture and substance containing a detectable amount of fentanyl, N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

*USAO 2021R00539*

Case 7:25-cr-00002-RSB-CKM *SEALED* Document 3 Filed 02/26/25 Page 2 of 4
Case 6:25-cr-00937-KFM-CK Date Filed 08/01/25 Entry Number 1-26 Page 2 of 4
Pageid#: 4

2. All in violation of Title 21, United States Code, Sections 846 and 841(a)(1), (b)(1)(C).

## COUNT TWO
### *Distribution of Fentanyl*
*(21 U.S.C. §§ 841(a)(1) and (b)(1)(C))*

3. On or about April 12, 2021 in the Western District of Virginia and elsewhere, the defendant, YMAHNI HICKINSON, did knowingly and intentionally distribute a mixture and substance containing a detectable amount fentanyl, N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, a Schedule II Controlled Substance.

4. All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT THREE
### *Attempted Possession with Intent to Distribute Fentanyl*
*(21 U.S.C. §§ 841(a)(1) and (b)(1)(C))*

5. On or about April 15, 2021, in the Western District of Virginia, the defendant, DAQUANTAS EMMANUEL HOWARD, did knowingly and intentionally attempt to possess with intent to distribute a mixture and substance containing a detectable amount fentanyl, N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, a Schedule II Controlled Substance.

6. All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

2

*USAO 2021R00539*

## NOTICE OF FORFEITURE

7.  Upon conviction of one or more of the felony offenses alleged in this Indictment, the defendants, DAQUANTAS EMMANUEL HOWARD and YMAHNI J. HICKINSON, shall forfeit to the United States:

    a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses, pursuant to 21 U.S.C. § 853(a)(1).

    b. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said offenses, pursuant to 21 U.S.C. § 853(a)(2).

    c. any firearm used or intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances and/or raw materials, as described in 21 U.S.C. § 881(a)(1) and (2), and any proceeds traceable to such property, pursuant to 21 U.S.C. § 881(a)(11) and 28 U.S.C. § 2461(c).

8.  The property to be forfeited to the United States includes but is not limited to the following property:

    a. **Money Judgment**

        Such sum that in aggregate was obtained directly or indirectly as a result of said offenses or is traceable to such property.

9.  If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with a third person;

3

*USAO 2021R00539*

      c. has been placed beyond the jurisdiction of the Court;
      d. has been substantially diminished in value; or
      e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendants up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL, this 26 day of February, 2025.

                                                        /s/FOREPERSON
                                                          FOREPERSON

ZACHARY T. LEE
Acting United States Attorney

USAO 2021R00539